IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:00-CR-74-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOHN EDWARD MCGHEE ) | |

This matter is before the Court on defendant's pro se motion to terminate his supervised release [DE 85]. The motion is DENIED without prejudice.

Defendant requests early termination, claiming he has complied with all conditions of his release and his probation officer does not object. Defendant's Probation Officer, while not objecting to defendant's filing of his motion, indicated to the U.S. Attorney's Office that defendant was not a good candidate for early termination due to a misdemeanor sexual battery charge he incurred in New Hanover County on December 4, 2017.

After considering the factors set forth in 18 U.S.C. § 3553(a), the Court denies Defendant's request for early termination without prejudice. Defendant may refile his motion in six months if he incurs no further violations.

SO ORDERED, this __14__ day of February, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE